IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 08-200 |
| JOSE LUIS RIVERA-MACIEL, Defendant. | ) |

ORDER

AND NOW, this 3rd day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 5, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, July 9, 2008 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Constance Bowden,
Assistant United States Attorney

Arnold I. Klein, Esquire
564 Forbes Avenue
1113 Manor Complex
Pittsburgh, PA 15219

Ana Lahr,
Court Interpreter

U.S. Marshal

U.S. Pretrial Services

U.S. Probation